**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Anyang Railway Equipment Co. Ltd., a Chinese company, directly and derivatively on behalf of Yangtze Railroad Fasteners International, U.S.A., Inc, a.k.a. Yangtze Railroad Materials, Inc., a Maryland Corporation<br><br>        *Plaintiff,*<br>v.<br><br>Patrick Young and Yangtze Railroad Fasteners International, U.S.A., Inc., a.k.a. Yangtze Railroad Materials, Inc.<br><br>        *Defendants.* | Civil Action No. 1:26-cv-0005-ABA<br><br><br><br>**DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT** |

<u>**DEFENDANT'S MOTION TO DISMISS
OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**</u>

Defendant Yangtze Railroad Fasteners International, U.S.A., Inc. ("Yangtze"), by and through counsel, respectfully submits this Motion to Dismiss the Verified Complaint filed by Plaintiff Anyang Railway Equipment Co. Ltd. ("Anyang").

As set forth in Yangtze's accompanying Memorandum of Law, the Complaint should be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and Maryland's door-closing statute. Should the Court find that insufficient information on this issue is presently available on which to render a decision, Yangtze requests that this Court grant Yangtze limited discovery concerning Anyang's other business activities in Maryland. Separately, Anyang's derivative claims, in which Yangtze is identified as a nominal plaintiff, should be dismissed for failure to make a pre-suit demand or adequately allege futility pursuant to Rule 23.1. Finally, Count VII should be dismissed for failure to state a claim pursuant to Rule

1

12(b)(6), or alternatively, for a more definite statement pursuant to Rule 12(e) so that Yangtze can frame a response and assert the appropriate defenses.

Dated: February 13, 2026.

ARNALL GOLDEN GREGORY LLP

*/s/ Jeremy Ritter-Wiseman*
Jeremy Ritter-Wiseman
MD Bar No. 2112150048
Jeremy.Ritter-Wiseman@agg.com
Matthew D. Zapadka
VA Bar No. 88140 (*pro hac vice* forthcoming)
Matthew.zapadka@agg.com
Meicheng Zhu
MA Bar No. 684254 (*pro hac vice* forthcoming)
Meicheng.zhu@agg.com
2100 Pennsylvania Ave. NW, Suite 350S
Washington, DC 20037

Jennifer L. Shelfer
Georgia Bar No. 557213 (*pro hac vice* forthcoming)
Jennifer.Shelfer@agg.com
171 17th St. NW, Suite 2100
Atlanta, GA 30363-1031
Telephone: 404.873.7004

*Attorney for Yangtze Railroad Fasteners*
*International U.S.A., Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day served a true copy of the within and foregoing DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT by electronically filing the same through the Court's CM/ECF system, which will automatically deliver an electronic filing notice to all attorneys of record.

This 13th day of February 2026.

*/s/ Jeremy Ritter-Wiseman*
Jeremy Ritter-Wiseman